UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:09CR601 HEA |
| | ) |
| REYNALDO REYES-FUENTES, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Thursday, July 8, 2010, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 30th day of June, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE